UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Greenbelt

IN RE:

JILMA T. BRYSON, F/K/A JILMA T. BROWN

          Debtor(s)

Chapter 13

Case No. 22-12570

OBJECTION OF DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR GSAMP TRUST 2007-FM2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-FM2
TO PROPOSED CHAPTER 13 PLAN AND
CONFIRMATION THEREOF

    Deutsche Bank National Trust Company as Trustee for GSAMP Trust 2007-FM2, Mortgage Pass-Through Certificates, Series 2007-FM2 and its assignees and/or successors in interest, a secured creditor in the above-entitled Bankruptcy proceeding, hereby submits the following objections to the Confirmation of the Chapter 13 Plan proposed by the Debtor(s):

    1.  This objecting secured creditor is the beneficiary of a trust deed on property commonly known as 1828W Lombard St, Baltimore, MD 21223; the promissory note and deed of trust were attached to the proof of claim filed by the secured creditor.

    2.  The debtor(s) are due pre-petition arrears of $51,995.22.

    3.  The proposed Chapter 13 plan does not provide this objecting Secured Creditor with adequate protection or adequate security, according to Sections 362 and 1325 (a) of the Code.

    4.  The Plan is inadequately funded, in that the plan base is less than this Creditor's claim.

CONCLUSION

Any Chapter 13 Plan proposed by the Debtor(s) must provide for and eliminate the objections specified above in order to be feasible and to provide adequate protection to this objecting secured creditor. It is respectfully requested that confirmation of the Chapter 13 Plan as proposed by the Debtor(s) be denied.

WHEREFORE, secured creditor prays as follows:

1. That confirmation of the proposed Chapter 13 Plan be denied.

2. For attorney's fees and costs incurred herein.

3. For dismissal of the Chapter 13 proceeding.

4. For such other relief as this Court deems proper.


Dated:__November 7, 2022_____

Respectfully submitted
Deutsche Bank National Trust Company as Trustee for GSAMP Trust 2007-FM2, Mortgage Pass-Through Certificates, Series 2007-FM2

By Counsel:


____/s/Randa S Azzam_____
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Randa Azzam, Esquire
Federal I.D. Bar No. 22474
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
LOGS LEGAL GROUP LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
(703) 449-5800
logsecf@logs.com     22-290548

## CERTIFICATE OF SERVICE

I hereby certify that on the __7th_____ day of ____November_____, __2022_____ the following person(s) were served a copy of the foregoing in the manner described below:

Via CM/ECF Electronic Notice:

| | |
|---|---|
| Kim D Parker, Law Offices of Kim Parker, P.A.<br>2123 Maryland Avenue<br>Baltimore, MD 21218 | Debtor's Attorney |
| Timothy P. Branigan<br>9891 Broken Land Parkway Suite 301<br>Columbia, MD 21046 | Chapter 13 Trustee |

Via First Class Mail, Postage Prepaid:

| | |
|---|---|
| Jilma T. Bryson f/k/a Jilma T. Brown<br>5818 Lawton Court<br>Lanham, MD 20706 | Debtor(s) |

_____/s/Randa S Azzam_____
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Randa Azzam, Esquire
Federal I.D. Bar No. 22474
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
LOGS LEGAL GROUP LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
(703) 449-5800
logsecf@logs.com      22-290548