UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT

| | |
|---|---|
| IN RE<br><br>JILMA T. BRYSON FKA JILMA T. BROWN<br><br>Debtor(s) | Chapter 13<br>Case NO. 22-12570-MECR |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-WL3, ASSET-BACKED CERTIFICATES, SERIES 2006-WL3<br>3217 S. Decker Lake Dr.<br>Salt Lake City, UT 84119<br><br>    Movant<br>v.<br><br>JILMA T. BRYSON FKA JILMA T. BROWN<br>5818 Lawton Court<br>Lanham, MD 20706<br><br>and<br><br>George Bryson<br>936 W Lombard Street<br>Baltimore, MD 21223<br><br>    Respondent(s) | Motion No. |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

    COMES NOW, Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL3, Asset-Backed Certificates, Series 2006-WL3, its successors and/or assigns, movant, by its attorneys, Mark D. Meyer, Esq., and Rosenberg & Associates, LLC, and respectfully represents as follows:

    1. Jurisdiction is based on 11 U.S.C. Section 362(d)-(f) and 1301.

Mark D. Meyer
MD BAR 15070
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600 Bethesda, MD
20814 301-907-8000 File
Number: 22-001661-MD-B-7

2. On or about May 12, 2022, JILMA T. BRYSON FKA JILMA T. BROWN ("Debtors") filed a Voluntary Petition in the Court under Chapter 13 of the Bankruptcy Code.

3. Timothy P. Branigan is the Chapter 13 trustee of the Debtor's estate.

4. George Bryson ("Co-Debtor") is a co-debtor on this Note.

5. At the time of the initiation of these proceedings, the Debtors owned a parcel of fee simple real estate improved by a residence with a legal description of "BEGINNING FOR THE SAME THEREOF on the north side of Lombard Street at the distance of seventy-eight feet (78) feet six (6) inches westerly from the northwest corner of Lombard and Amity Streets and running thence westerly on Lombard Street fourteen (14) feet (3) inches, more or less to the center of a partition wall there situated thence northerly through the center of said partition wall sixty-nine (69) feet more or less to the south side of an alley four (4) feet wide laid out for common use thence easterly binding on said alley fourteen (14) feet three (3) inches more or less thence southerly to the place of beginning. The improvements thereon being known as No. 936 W. Lombard Street, Baltimore, Maryland 21223. ", also known as 936 W Lombard Street, Baltimore, MD 21223 (hereinafter "the subject property").

6. The subject property is encumbered by a Deed of Trust securing the note, which is currently held by the movant. Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase, order, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

7. Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL3, Asset-Backed Certificates, Series 2006-WL3 directly or through an agent, has possession of the promissory note and held the note at the time of filing of the Movant's Motion for Relief from the Stay. The promissory note has been duly endorsed.

8. The total amount due under the Deed of Trust securing the Movant as of July 20, 2023, not including attorney's fees and court costs, is approximately $88,504.31.

9. The Debtors are in default under the Deed of Trust, and the Movant has accelerated the entire balance of the Note and Mortgage and interest continues to accrue.

10. The Debtors have not made post-petition payments for the months of May 1, 2023 - July 1, 2023, and equity in the Debtor's residence is dissipating.

11. The Movant lacks adequate protection of its interest in the subject property.

12. The Movant has been and continues to be irreparably injured by the stay of Sections 362 and 1301 of the Bankruptcy Code, which prevents the Movant from enforcing its rights under the Note and Deed of Trust.

13. Cause exists for lifting the automatic stay imposed by Sections 362 and 1301 of the Bankruptcy Code to enable the Movant to enforce its rights under its Note and Deed of Trust.

14. The subject property is not necessary for an effective reorganization.

WHEREFORE, the Movant, Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL3, Asset-Backed Certificates, Series 2006-WL3 its successors and/or assigns, respectfully requests that this Honorable Court.

1. Enter an order terminating the automatic stay imposed by Sections 362 and 1301 of the Bankruptcy Code to enable it to proceed with a foreclosure sale, accept a deed in lieu or agree to a short sale of the real property and improvements located at 936 W Lombard Street, Baltimore, MD 21223; and

2. Grant such other and further relief as may be just and necessary.

/s/ Mark D. Meyer
Mark D. Meyer, Esq. # 15070
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August, 2023, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Motion for Relief from the Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan, Trustee

Kim D. Parker, Esquire

I hereby further certify that on the 7th day of August, 2023, a copy of the foregoing Motion for Relief from the Automatic Stay was also mailed first class mail, postage prepaid to:

JILMA T. BRYSON FKA JILMA T. BROWN
5818 Lawton Court
Lanham, MD 20706

George Bryson
936 W Lombard Street
Baltimore, MD 21223

/s/ Mark D. Meyer
Mark D. Meyer, Esq.